UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

JOSEPH J. FOSTANO,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, LP, and
JOHN DOES 1-3,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. <u>Mims v. Arrow Fin. Servs. LLC,</u> 132 S. Ct. 740 (U.S. 2012); 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resided here when the violative conduct occurred and Defendant, CAPITAL MANAGEMENT SERVICES, LP placed telephone calls into this District at the direction of JOHN DOES 1-3.

## PARTIES

1

3. Plaintiff, JOSEPH J. FOSTANO, is a natural person, and at the time of the events alleged herein, was a citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Defendant, CAPITAL MANAGEMENT SERVICES, LP ("CAPITAL"), is a corporation and citizen of the State of New York with its principal place of business at Suite 700, 726 Exchange Street, Buffalo, NY, 14210.

5. Defendants, JOHN DOES 1-3, are employees and officers and agents of CAPITAL. JOHN DOES 1-3 established the policies of or carried out the practices of CAPITAL regarding the TCPA or authorized those policies and practices complained of herein.

6. Pursuant to 47 U.S.C. § 217, an officer, agent, or employee may be held liable for violation of the TCPA:

> [T]he act, omission, or failure of any officer, agent, or other person acting for or employed by any common carrier or user, acting within the scope of his employment, shall in every case be also deemed to be the act, omission, or failure of such carrier or user as well as of that person.

47 U.S.C. § 217

## FACTUAL ALLEGATIONS

7. On or about the following date, Defendant, CAPITAL, or others acting at its request, used an automatic telephone dialing system and or a pre-

recorded or artificial voice to place calls to Plaintiff's cellular telephone number seeking to collect an alleged debt:

**<u>July 31, 2009 – Pre-Recorded Message</u>**
Please contact Capital Management Services for an important business matter toll-free at 1-888-787-0933. This call is not a solicitation. Again, the phone number is 1-888-787-0933.

8. Defendant, CAPITAL, or others acting at its request, left similar or identical messages on other occasions using an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

9. None of Defendants telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

10. Defendants willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT REGARDING CAPITAL MANAGEMENT SERVICES, LP

11. Plaintiff incorporates Paragraphs 1 through 10.

12. Defendant, CAPITAL, or others acting at its request, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, CAPITAL MANAGEMENT SERVICES, LP:

3

    a.    Damages;

    b.    a declaration that Defendants calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## COUNT II
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT REGARDING JOHN DOES 1-3

13.    Plaintiff incorporates Paragraphs 1 through 10.

14.    Defendant, JOHN DOES 1-3, established the policies of or carried out the practices complained of herein regarding the TCPA or authorized those policies and practices that caused the placement of non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant JOHN DOES 1-3 for:

    a.    Damages;

    b.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

                DONALD A. YARBROUGH, ESQ.
                Attorney for Plaintiff
                Post Office Box 11842
                Ft. Lauderdale, FL 33339
                Telephone: 954-537-2000
                Facsimile: 954-566-2235
                don@donyarbrough.com

By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658