UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-81391-Civ-Cohn/Seltzer

JOSEPH J. FOSTANO,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, LP, and
STEPHEN FLORCZAK,

    Defendant.

_____/

# **FIRST AMENDED COMPLAINT**
## **JURY DEMAND**

1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## **JURISDICTION AND VENUE**

2.    This Court has jurisdiction under 28 U.S.C. §§1331. <u>Mims v. Arrow Fin. Servs. LLC,</u> 132 S. Ct. 740 (U.S. 2012); 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resided here when the violative conduct occurred and Defendant, CAPITAL MANAGEMENT SERVICES, LP placed telephone calls into this District at the direction of STEPHEN FLORCZAK.

## **PARTIES**

1

3. Plaintiff, JOSEPH J. FOSTANO, is a natural person, and at the time of the events alleged herein, was a citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Defendant, CAPITAL MANAGEMENT SERVICES, LP ("CAPITAL"), is a corporation and citizen of the State of New York with its principal place of business at Suite 700, 726 Exchange Street, Buffalo, NY, 14210.

5. Defendant, STEPHEN FLORCZAK, was the Executive Vice President of IT at CAPITAL. STEPHEN FLORCZAK contributed to or was responsible for the calls placed by CAPITAL to Plaintiff's cellular telephone number. STEPHAN FLORCZAK is a citizen of the State of New York residing at Apartment A, 28 Coolbrook Court , East Amherst, New York, 14051.

6. Pursuant to 47 U.S.C. § 217, an officer, agent, or employee may be held liable for violation of the TCPA:

> [T]he act, omission, or failure of any officer, agent, or other person acting for or employed by any common carrier or user, acting within the scope of his employment, shall in every case be also deemed to be the act, omission, or failure of such carrier or user as well as of that person.

47 U.S.C. § 217

## FACTUAL ALLEGATIONS

7. On or about the following date, Defendant, CAPITAL, or others acting at its request, used an automatic telephone dialing system and or a pre-

recorded or artificial voice to place calls to Plaintiff's cellular telephone number seeking to collect an alleged debt:

**<u>July 31, 2009 – Pre-Recorded Message</u>**
Please contact Capital Management Services for an important business matter toll-free at 1-888-787-0933. This call is not a solicitation. Again, the phone number is 1-888-787-0933.

8. Defendant, CAPITAL, or others acting at its request, left similar or identical messages on other occasions using an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

9. None of Defendants telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

10. Defendants willfully or knowingly violated the TCPA.

**COUNT I**
**VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT**
**REGARDING CAPITAL MANAGEMENT SERVICES, LP**

11. Plaintiff incorporates Paragraphs 1 through 10.

12. Defendant, CAPITAL, or others acting at its request, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, CAPITAL MANAGEMENT SERVICES, LP:

      a.      Damages;

      b.      a declaration that Defendants calls violate the TCPA;

      c.      a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

      d.      Such other or further relief as the Court deems proper.

## COUNT II
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT REGARDING STEPHEN FLORCZAK

13. Plaintiff incorporates Paragraphs 1 through 10.

14. Defendant, Stephen Florcszak, contributed to or was responsible for the non-emergency telephone calls placed by CAPITAL to Plaintiff's cellular telephone number using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant Stephen Florczak 1-3 for:

      a.      Damages;

      b.      a declaration that Defendants calls violate the TCPA;

      c.      a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an

automatic telephone dialing system or pre-recorded or artificial voice;

and

d.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>don@donyarbrough.com
>
>
>By: s/ Donald A. Yarbrough
>    Donald A. Yarbrough, Esq.
>    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-81391-Civ-Cohn/Seltzer

JOSEPH J. FOSTANO,

 Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, LP, and
STEPHEN FLORCZAK,

 Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 15, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

               s/Donald A. Yarbrough
               Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF