UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-81391-Civ-Cohn/Seltzer

JOSEPH J. FOSTANO,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, LP, and
STEPHEN FLORCZAK,

    Defendants,
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, Joseph J. Fostano and Capital Management Services, LP, jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties. On February 25, 2013 Plaintiff voluntarily dismissed Mr. Florczak, (DE 21) and the Court issued and Order dismissing Mr. Florczak on February 26, 2013, (DE 22).

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Barbara Fernandez, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Hinshaw & Culbertson, LLP |
| Fort Lauderdale, Florida 33339 | 4 Floor |
| Telephone: 954-537-2000 | 2525 Ponce de Leon Boulevard |
| Facsimile: 954-566-2235 | Coral Gables, FL 33134 |
| | Telephone: 305-428-5031 |
| | Facsimile: 305-577-1063 |

By: /s/ Donald A. Yarbrough      By: /s/ Barbara Fernandez
Donald A. Yarbrough, Esq.      Barbara Fernandez, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-81391-Civ-Cohn/Seltzer

JOSEPH J. FOSTANO,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, LP, and
STEPHEN FLORCZAK,

    Defendants,
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 12, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF

2