UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81391-CIV-COHN/SELTZER

JOSEPH J. FOSTANO,

    Plaintiff,

v.

CAPITAL MANAGEMENT
SERVICES, LP, and
STEPHEN FLORCZAK,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Stipulation for Dismissal with Prejudice [DE 23]. The Court being informed that the remaining parties have settled this action, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal with Prejudice [DE 23] is hereby **GRANTED**;

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties; and

3. The Clerk shall **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of March, 2013.

_____
JAMES I. COHN
United States District Judge

Copies to:

Counsel of record via CM/ECF